IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC., and JACOB R. CANDELARIA, TOMAS LORENZO VALENCIA, BRYCE BRYANT-FLYNN, MATIAS TRUJILLO, as father and guardian of MT, a minor, ERICA ROWLAND, and ARIEL McDOUGAL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEW MEXICO, TRUE HEALTH NEW MEXICO, INC., CIGNA HEALTH AND LIFE INSURANCE COMPANY, MOLINA HEALTHCARE OF NEW MEXICO, INC., PRESBYTERIAN HEALTH PLAN, INC., PRESBYTERIAN INSURANCE COMPANY, INC., and WESTERN SKY COMMUNITY CARE, INC.,<br><br>        Defendants. | Civil Action No.: 1:22-cv-00546-SMV-LF<br><br>(Removed from the Second Judicial District Court, State of New Mexico, County of Bernalillo, Case No. D-202-CV-202203237) |

## **CORPORATE DISCLOSURE STATEMENT**

Blue Cross and Blue Shield of New Mexico, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("HCSC"), submits the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. Blue Cross and Blue Shield of New Mexico is an unincorporated division of HCSC.

2. HCSC is not publicly traded.

3. No publicly traded corporation owns more than 10% of the stock in HCSC as HCSC, a mutual company, does not have stock, nor does HCSC have any parent corporation.

SUTIN, THAYER & BROWNE
A Professional Corporation


By  */s/ Benjamin E. Thomas*
        Benjamin E. Thomas
        Alexander G. Elborn
*Attorneys for Blue Cross and Blue Shield of New Mexico*
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-2500
Facsimile: (505) 888-6565
Email: bet@sutinfirm.com
           age@sutinfirm.com

I HEREBY CERTIFY that on August 2, 2022, the foregoing pleading was electronically filed through the CM/ECF System, which caused all counsel of record to be served by electronic means.

SUTIN, THAYER & BROWNE
A Professional Corporation

By  */s/ Benjamin E. Thomas*
        Benjamin E. Thomas