IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC., and JACOB R. CANDELARIA, MATIAS TRUJILLO, as father and guardian of MT, a minor, ERICA ROWLAND, and ARIEL McDOUGAL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEW MEXICO, PRESBYTERIAN HEALTH PLAN, INC., and WESTERN SKY COMMUNITY CARE, INC.,<br><br>            Defendants. | Civil Action No.: 1:22-cv-00546-KG-LF<br><br>(Removed from the Second Judicial District Court, State of New Mexico, County of Bernalillo, Case No. D-202-CV-202203237) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATIONS**

Pursuant to D.N.M.LR-Civ. 7.5, Defendants Blue Cross and Blue Shield of New Mexico, Presbyterian Health Plan, Inc., and Western Sky Community Care, Inc. move this Court for leave to file a Response to Plaintiffs' Motion to Remand [Doc. 24] that exceeds the applicable page limitation and will consist of no more than 30 pages.

As grounds for this motion, Defendants state that they intend to file a consolidated response to the Motion to Remand. This consolidation will reduce duplication and present legal arguments common to all parties and issues in a single pleading. This consolidation, in turn, along with the number and complexity of issues involved, requires this extension in the number of pages for Defendants' response to the Motion to Remand.

Pursuant to D.N.M.LR-Civ. 7, counsel for Plaintiffs does not oppose this motion.

WHEREFORE, Defendants request that this Court enter an order allowing Defendants to file a consolidated response to Plaintiffs' pending Motion to Remand to consist of no more than 30 pages.

Respectfully submitted,

*/s/ Benjamin E. Thomas*
Benjamin E. Thomas
Alexander G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
Phone: (505) 883-2500
bet@sutinfirm.com
age@sutinfirm.com

Martin J. Bishop (*pro hac vice*)
Jason T. Mayer (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606-7507
Phone: (312) 207-1000
mbishop@reedsmith.com
jmayer@reedsmith.com

*Attorneys for Blue Cross and Blue Shield of New Mexico, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: *"Electronically Filed" /s/ Andrew G. Schultz*     .
      Andrew G. Schultz
      Linda M. Vanzi
      Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:   aschultz@rodey.com
           lvanzi@rodey.com
           mstambaugh@rodey.com

*Attorneys for Defendant Presbyterian Health Plan, Inc.*


*/s/ Alfred A. Park*     .
Alfred A. Park
PARK & ASSOCIATES, LLC
3840 Masthead Street, NE
Albuquerque, New Mexico 87109
Phone: (505) 246-2805
apark@parklawnm.com

Christopher Smith
Melissa Z. Baris
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Chris.Smith@huschblackwell.com
Melissa.Baris@huschblackwell.com

*Attorneys for Defendant Western Sky Community Care, Inc.*

I HEREBY CERTIFY that on September 1, 2022, the foregoing pleading was electronically filed through the CM/ECF System, which caused all counsel of record to be served by electronic means.


SUTIN, THAYER & BROWNE
A Professional Corporation

By  /s/ *Benjamin E. Thomas*
       Benjamin E. Thomas