## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA )
HEALTH, INC., and JACOB R. )
CANDELARIA, MATIAS TRUJILLO, as )
father and guardian of MT, a minor, ERICA )
ROWLAND, and ARIEL McDOUGAL, on )
behalf of themselves and all others similarly )
situated, )
 )
   Plaintiffs, ) Civil Action No.: 1:22-cv-00546-KG-LF
 )
   v. ) (Removed from the Second Judicial District
 ) Court, State of New Mexico, County of
BLUE CROSS AND BLUE SHIELD OF NEW ) Bernalillo, Case No. D-202-CV-202203237)
MEXICO, PRESBYTERIAN HEALTH PLAN, )
INC., and WESTERN SKY COMMUNITY )
CARE, INC., )
 )
   Defendants. )

## NOTICE OF EXTENSION OF BRIEFING DEADLINE

Pursuant to D.N.M.LR-Civ. 7.4(a), the parties give notice that they have agreed to extend the time for completing the briefing related to Plaintiffs' Motion to Remand [Doc. 24].

Under this agreement, Defendants Blue Cross and Blue Shield of New Mexico, a division of Health Care Service Corporation, a Mutual Legal Reserve Company, Presbyterian Health Plan, Inc., and Western Sky Community Care, Inc., shall have until September 16, 2022, to serve and file their consolidated response to Plaintiffs' Motion to Remand.

Respectfully submitted,

*/s/ Benjamin E. Thomas*
Benjamin E. Thomas
Alexander G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
Phone: (505) 883-2500
bet@sutinfirm.com
age@sutinfirm.com

Martin J. Bishop (*pro hac vice*)
Jason T. Mayer (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606-7507
Phone: (312) 207-1000
mbishop@reedsmith.com
jmayer@reedsmith.com

*Attorneys for Blue Cross and Blue Shield of New Mexico, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Andrew G. Schultz* .
        Andrew G. Schultz
        Linda M. Vanzi
        Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:        aschultz@rodey.com
                lvanzi@rodey.com
                mstambaugh@rodey.com

*Attorneys for Defendant Presbyterian Health Plan, Inc.*

*/s/ Alfred A. Park          .*
Alfred A. Park
PARK & ASSOCIATES, LLC
3840 Masthead Street, NE
Albuquerque, New Mexico 87109
Phone: (505) 246-2805
apark@parklawnm.com

Christopher Smith
Melissa Z. Baris
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Chris.Smith@huschblackwell.com
Melissa.Baris@huschblackwell.com

*Attorneys for Defendant Western Sky Community Care, Inc.*

I HEREBY CERTIFY that on September 1, 2022, the foregoing pleading was electronically filed through the CM/ECF System, which caused all counsel of record to be served by electronic means.

SUTIN, THAYER & BROWNE
A Professional Corporation

By  */s/ Benjamin E. Thomas*
      Benjamin E. Thomas