IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC., and JACOB R. CANDELARIA, MATIAS TRUJILLO, as father and guardian of MT, a minor, ERICA ROWLAND, and ARIEL McDOUGAL, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No.: 1:22-cv-00546-KG-LF |
| v. | (Removed from the Second Judicial District Court, State of New Mexico, County of Bernalillo, Case No. D-202-CV-202203237) |
| BLUE CROSS AND BLUE SHIELD OF NEW MEXICO, PRESBYTERIAN HEALTH PLAN, INC., and WESTERN SKY COMMUNITY CARE, INC., | |
| Defendants. | |

## O R D E R

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Leave to Exceed Page Limitation, and the Court, having considered the Motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants are permitted to file a consolidated response to Plaintiffs' Motion to Remand to consist of no more than 30 pages.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

SAUCEDOCHAVEZ, P.C.

By: <u>/s/ Christopher T. Saucedo</u>
    Christopher T. Saucedo
    Morris J. Chavez
    Ryan H. Harrigan
    Frank T. Apodaca

*Attorneys for Plaintiffs*

By: <u>/s/ Benjamin E. Thomas</u>
    Benjamin E. Thomas
    Alexander G. Elborn
    SUTIN, THAYER & BROWNE, P.C.

    Martin J. Bishop (*pro hac vice*)
    Jason T. Mayer (*pro hac vice*)
    REED SMITH LLP

*Attorneys for Blue Cross and Blue Shield of New Mexico, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: <u>/s/ Andrew G. Schultz</u>
    Andrew G. Schultz
    Linda M. Vanzi
    Melanie B. Stambaugh

*Attorneys for Defendant Presbyterian Health Plan, Inc.*

By: <u>/s/ Alfred A. Park</u>
    Alfred A. Park
    PARK & ASSOCIATES, LLC

    Christopher A. Smith
    Melissa Z. Baris
    HUSCH BLACKWELL

*Attorneys for Defendant Western Sky Community Care, Inc.*