IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,
a New Mexico corporation,
JACOB R. CANDELARIA, on behalf of himself and all others similarly situated,
MATIAS TRUJILLO, as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
ERICA ROWLAND, on behalf of herself and all others similarly situated, and
ARIEL MCDOUGAL, on behalf of herself and all others similarly situated,
    Plaintiffs,

vs.                                                                                 1:22-cv-00546-KG-LF

BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,
PRESBYTERIAN HEALTH PLAN, INC.,
a New Mexico corporation, and
WESTERN SKY COMMUNITY CARE, INC.,
a New Mexico corporation,
    Defendants.

## NOTICE OF EXTENSION OF BRIEFING DEADLINE

Pursuant to D.N.M.LR-Civ. 7.4(a), the parties give notice that they have agreed to extend the time for completing the briefing related to Plaintiffs' Motion to Remand (Doc. 24).

Under this agreement, Plaintiffs shall have until October 14, 2022, to serve and file their reply to Defendants' Consolidated Response in Opposition to Plaintiffs' Motion to Remand (Doc. 31).

                                        Respectfully Submitted,

                                        SAUCEDOCHAVEZ, P.C.

                                        By: */s/Christopher T. Saucedo*
                                                Christopher T. Saucedo
                                                Morris J. Chavez
                                                Ryan H. Harrigan
                                                Frank T. Apodaca
                                        800 Lomas Blvd. NW, Suite 200
                                        Albuquerque, NM 87102
                                        (505) 338-3945
                                        csaucedo@saucedochavez.com
                                        mo@saucedochavez.com
                                        rharrigan@saucedochavez.com
                                        fapodaca@saucedochavez.com
                                        *Attorneys for Plaintiffs*

I HEREBY CERTIFY that on September 29, 2022, the foregoing was filed electronically through the CM/ECF system, which caused all parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Christopher T. Saucedo*
Christopher T. Saucedo, Esq.