# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,**
a New Mexico corporation,
**JACOB R. CANDELARIA,** on behalf of himself and all others similarly situated,
**MATIAS TRUJILLO,** as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
**ERICA ROWLAND,** on behalf of herself and all others similarly situated, and
**ARIEL MCDOUGAL,** on behalf of herself and all others similarly situated,

    Plaintiffs,

vs.                                    1:22-cv-00546-KG-LF

**BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,**
**PRESBYTERIAN HEALTH PLAN, INC.,**
a New Mexico corporation, and
**WESTERN SKY COMMUNITY CARE, INC.,**
a New Mexico corporation,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT

Plaintiffs respectfully request the Court grant them an extension of the page limit from twelve (12) pages to twenty (20) pages for their reply in support of remand. Plaintiffs filed their Motion to Remand (Doc. 24) on August 21, 2022, and Defendants' filed their Consolidated Response in Opposition to Motion to Remand (Doc. 31) on September 16, 2022. The Consolidated Response, with leave of court, consists of 30 pages of briefing, excluding signature pages. Plaintiffs now seek a page limit extension to twenty (20) pages of briefing to properly reply to the Consolidated Response. Defendants do not oppose this motion.

Respectfully Submitted,

SAUCEDOCHAVEZ, P.C.

By: */s/Christopher T. Saucedo*
    Christopher T. Saucedo
    Morris J. Chavez
    Ryan H. Harrigan
    Frank T. Apodaca
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 338-3945
csaucedo@saucedochavez.com
mo@saucedochavez.com
rharrigan@saucedochavez.com
fapodaca@saucedochavez.com
*Attorneys for Plaintiffs*

I HEREBY CERTIFY that on October 6, 2022, the foregoing was filed electronically through the CM/ECF system, which caused all parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Christopher T. Saucedo*
Christopher T. Saucedo, Esq.