IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS - ULTRA HEALTH, INC.,
a New Mexico corporation,
JACOB R. CANDELARIA, on behalf of himself and all others similarly situated,
MATIAS TRUJILLO, as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
ERICA ROWLAND, on behalf of herself and all others similarly situated, and
ARIEL MCDOUGAL, on behalf of herself and all others similarly situated,

    Plaintiffs,

vs.                                                      1:22-cv-00546-KG-LF

BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,
PRESBYTERIAN HEALTH PLAN, INC.,
a New Mexico corporation, and
WESTERN SKY COMMUNITY CARE, INC.,
a New Mexico corporation,

    Defendants.

## ORDER EXTENDING PAGE LIMIT

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for Leave Extend Page Limitation and the Court, having considered the Motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs are permitted to file their reply to Defendants' Consolidated Response in Opposition to Plaintiffs' Motion to Remand, not to exceed twenty (20) pages of briefing.

_____
UNITED STATES DISRICT JUDGE

Submitted by:

S<small>AUCEDO</small>C<small>HAVEZ</small>, P.C.

By: */s/Christopher T. Saucedo*
     Christopher T. Saucedo
     Brian Griesmeyer
     Morris J. Chavez
     Ryan H. Harrigan
     Frank T. Apodaca
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 338-3945
bgriesmeyer@saucedochavez.com
csaucedo@saucedochavez.com
mo@saucedochavez.com
rharrigan@saucedochavez.com
fapodaca@saucedochavez.com
*Attorneys for Plaintiffs*

Approved:

SUTIN, THAYER & BROWNE, APC

By: *Approved for all Defendants via*
    *email by Jason T. Mayer on 9/30/22*
     Benjamin E. Thomas
     Alexander G. Elborn
P.O. Box 1945
Albuquerque, NM  87103
(505) 883-2500
bet@sutinfirm.com
age@sutinfirm.com

Pro Hac Vice:
Martin J. Bishop
Jason T. Mayer
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL  60606
(312) 207-2859
mbishop@reedsmith.com
jmayer@reedsmith.com
*Attorneys for Blue Cross and Blue Shield of New Mexico,*
*an unincorporated division of Health Care Service*

*Corporation, a Mutual Legal Reserve Company*
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Approved for all Defendants via*
      *email by Jason T. Mayer on 9/30/22*
         Andrew G. Schultz
         Linda M. Vanzi
         Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM  87103
(505) 765-5900
aschultz@rodey.com
lvanzi@rodey.com
mstambaugh@rodey.com
*Attorneys for Presbyterian Health Plan, Inc.*

PARK & ASSOCIATES, LLC

By: *Approved for all Defendants via*
      *email by Jason T. Mayer on 9/30/22*
         Alfred A. Park
3840 Masthead St. NE
Albuquerque, NM 87109
(505) 246-2805
apark@parklawnm.com

Pro Hac Vice:
Christopher Smith
Melissa Z. Baris
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
Chris.Smith@huschblackwell.com
Melissa.Baris@huschblackwell.com
*Attorneys for Defendant Western Sky Community Care, Inc.*