IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC., and JACOB R. CANDELARIA, MATIAS TRUJILLO, as father and guardian of MT, a minor, ERICA ROWLAND, and ARIEL McDOUGAL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NEW MEXICO, PRESBYTERIAN HEALTH PLAN, INC., and WESTERN SKY COMMUNITY CARE, INC.,<br><br>        Defendants. | Civil Action No.: 1:22-cv-00546-KG-LF |

**JOINT MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' SECOND MOTION TO REMAND**

Pursuant to D.N.M. LR-Civ. 7.6(a) Defendants and Plaintiffs respectfully requests the Court hear oral argument on *Plaintiffs' Second Motion to Remand or Alternatively Motion for Leave to Conduct Discovery to Determine Subject Matter Jurisdiction* [Doc. 40]. As grounds in support of the motion, the Parties states that oral argument would assist the Court in understanding the factual and legal issues raised in the Second Motion to Remand, including without limitation, the entities named in the pleadings as defendants, their respective citizenship, and the legal authority cited in the briefing.

Respectfully submitted,

*/s/ Benjamin E. Thomas*
    Benjamin E. Thomas
    Alexander G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
Phone: (505) 883-2500
bet@sutinfirm.com
age@sutinfirm.com

Martin J. Bishop (*pro hac vice*)
Jason T. Mayer (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Phone: (312) 207-1000
mbishop@reedsmith.com
jmayer@reedsmith.com

*Attorneys for Blue Cross and Blue Shield of New Mexico, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*

    /s/ *Alfred A. Park*
PARK & ASSOCIATES, LLC
3840 Masthead St. NE
Albuquerque, NM 87109
Telephone: (505) 246-2805
apark@parklawnm.com
Christopher Smith (*pro hac vice*)
Melissa Z. Baris (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Chris.Smith@huschblackwell.com
Melissa.Baris@huschblackwell.com

*Attorneys for Defendant Western Sky Community Care, Inc.*

RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.

By:    /s/ *Andrew G. Schultz*    .
    Andrew G. Schultz
    Linda M. Vanzi
    Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
       lvanzi@rodey.com
       mstambaugh@rodey.com

*Attorneys for Defendants Presbyterian Health Plan, Inc.*

3

                                   SAUCEDOCHAVEZ, P.C.

                                   By: _/s/_____
                                          Christopher T. Saucedo
                                          Frank T. Apodaca
                                          Brian Griesmeyer
                                800 Lomas Blvd. NW, Suite 200
                                Albuquerque, NM 87102
                                Telephone: (505) 338-3945
                                csaucedo@saucedochavez.com
                                fapodaca@saucedochavez.com
                                bgriesmeyer@saucedochavez.com

                                *Attorneys for Plaintiffs*

I HEREBY CERTIFY that on January 6, 2023, the foregoing document was electronically filed through the District of New Mexico's CM/ECF system, which caused all counsel of record to be served by electronic means.

SUTIN, THAYER & BROWNE
A Professional Corporation

By: */s/ Benjamin E. Thomas*_____
6535338