IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA
HEALTH, INC., and JACOB R.
CANDELARIA, TOMAS LORENZO
VALENCIA, BRYCE BRYANT-FLYNN,
MATIAS TRUJILLO, as father and guardian of
MT, a minor, ERICA ROWLAND, and ARIEL
McDOUGAL, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

v.                                                    1:22-cv-00546-MV-LF

BLUE CROSS AND BLUE SHIELD OF NEW
MEXICO, TRUE HEALTH NEW MEXICO,
INC., CIGNA HEALTH AND LIFE
INSURANCE COMPANY, MOLINA
HEALTHCARE OF NEW MEXICO, INC.,
PRESBYTERIAN HEALTH PLAN, INC.,
PRESBYTERIAN INSURANCE COMPANY,
INC., and WESTERN SKY COMMUNITY
CARE, INC.,

    Defendants.

## ORDER RESETTING MOTION HEARING

At the request of the parties, the motions hearing set for October 19, 2023, at 2:00 p.m. is VACATED and is reset as follows:

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Second Motion to Remand to State Court filed November 8, 2022 (Doc. 40), will be held **in person** on **Wednesday, October 25, 2023, at 10:00 a.m.**, at the United States Courthouse, Chama Courtroom, 4th Floor, 333 Lomas Blvd. NW, Albuquerque, NM. The parties should be prepared to also discuss Plaintiff's first Motion to Remand filed August 21, 2022 (Doc. 24) and Defendant's Motion to Disregard New Evidence and Arguments in Plaintiffs' Reply in Support of Remand, or in the Alternative

for Leave to file a Surreply filed October 26, 2022 (Doc. 39).

      While counsel is required to attend, the named parties' personal appearance is not required.

_____
Laura Fashing
United States Magistrate Judge

4

Participating via Zoom

In order to participate via Zoom, each of you (and any other individual participating) will need to have the Zoom app installed on your computer or smart phone.  You can download the app for free at https://zoom.us.

**Zoom device requirements:**

1. An internet-enabled device with a camera and mic, such as a tablet, smartphone, or computer.
2. An internet connection – broadband wired or wireless (3G or 4G/LTE).
3. Speakers and a microphone – built-in or USB plug-in or wireless Bluetooth.
4. A webcam or HD webcam – built-in or USB plug-in.

If you've never used Zoom before, please review the following short instructional videos to become acquainted with the basics:

1. How to Join a Meeting
2. Joining & Configuring Audio & Video
3. If you receive a message that you are waiting for the host to start this meeting, it means that the host has not started the meeting. You have successfully connected to Zoom, and the meeting will begin as soon as the host starts the session.

If there is some reason you or your client cannot participate via Zoom, then please contact Chambers at fashingchambers@nmd.uscourts.gov or call (505) 348-2360 to discuss options.