# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,
a New Mexico corporation,
JACOB R. CANDELARIA, on behalf of himself and all others similarly situated,
MATIAS TRUJILLO, as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
ERICA ROWLAND, on behalf of herself and all others similarly situated, and
ARIEL MCDOUGAL, on behalf of herself and all others similarly situated,
    Plaintiffs,

vs.                                                                                        1:22-cv-00546-MV-LF

BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,
PRESBYTERIAN HEALTH PLAN, INC.,
a New Mexico corporation, and
WESTERN SKY COMMUNITY CARE, INC.,
a New Mexico corporation,
    Defendants.

## NOTICE OF AGREED SECOND EXTENSION OF BRIEFING DEADLINE

Pursuant to D.N.M.LR-Civ. 7.4(a), the parties give notice that they have agreed to extend the time for Plaintiffs to file a response to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 69).

Under this agreement, Plaintiffs shall have until May 31, 2024, to serve and file their response to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 69).

                                          Respectfully Submitted,

                                          SAUCEDOCHAVEZ, P.C.

                                          By: */s/Christopher T. Saucedo*
                                              Christopher T. Saucedo
                                              Ryan H. Harrigan
                                              Brian Griesmeyer
                                        800 Lomas Blvd. NW, Suite 200
                                        Albuquerque, NM 87102
                                        (505) 338-3945
                                        csaucedo@saucedochavez.com
                                        rharrigan@saucedochavez.com
                                        bgriesmeyer@saucedochavez.com
                                        *Attorneys for Plaintiffs*

I HEREBY CERTIFY that on May 22, 2024,
the foregoing was filed electronically through
the CM/ECF system, which caused all parties and
counsel to be served by electronic means, as more
fully reflected on the Notice of Electronic Filing.

*/s/ Christopher T. Saucedo*
Christopher T. Saucedo, Esq.