# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,
a New Mexico corporation,
JACOB R. CANDELARIA, on behalf of himself and all others similarly situated,
MATIAS TRUJILLO, as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
ERICA ROWLAND, on behalf of herself and all others similarly situated, and
ARIEL MCDOUGAL, on behalf of herself and all others similarly situated,

     Plaintiffs,

vs.                                                 1:22-cv-00546-MV-LF

BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,
PRESBYTERIAN HEALTH PLAN, INC.,
a New Mexico corporation, and
WESTERN SKY COMMUNITY CARE, INC.,
a New Mexico corporation,

     Defendants.

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR RESPONSE TO DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs respectfully request the Court grant them an extension of the page limit from twenty-four (24) pages to twenty-seven (27) pages for Plaintiffs' response to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 69). Plaintiffs seek a page limit extension of three (3) additional pages to twenty-seven (27) pages of briefing to properly respond to Defendants' Motion. Defendants do not oppose this motion.

        Respectfully submitted,

        **SAUCEDO HARRIGAN APODACA GRIESMEYER APODACA**

        By: */s/Christopher T. Saucedo*
            Christopher T. Saucedo
            Ryan H. Harrigan
            Frank T. Apodaca
            Brian Griesmeyer
        800 Lomas Blvd. NW, Suite 200
        Albuquerque, NM 87102
        (505) 338-3945
        csaucedo@saucedochavez.com
        rharrigan@saucedochavez.com
        fapodaca@saucedochavez.com
        bgriesmeyer@saucedochavez.com
        *Attorneys for Plaintiffs*

I HEREBY CERTIFY that on May 31, 2024, the foregoing was filed electronically through the CM/ECF system, which caused all parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Christopher T. Saucedo*
Christopher T. Saucedo, Esq.

2