IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,**
a New Mexico corporation,
**JACOB R. CANDELARIA,** on behalf of himself and all others similarly situated,
**MATIAS TRUJILLO,** as father and guardian of MT, a minor,
and on behalf of himself and all others similarly situated,
**ERICA ROWLAND,** on behalf of herself and all others similarly situated, and
**ARIEL MCDOUGAL,** on behalf of herself and all others similarly situated,

    Plaintiffs,

vs.                                           No. 1:22-cv-00546-MV-LF

**BLUE CROSS AND BLUE SHIELD OF NEW MEXICO,**
**PRESBYTERIAN HEALTH PLAN, INC.,**
a New Mexico corporation, and
**WESTERN SKY COMMUNITY CARE, INC.,**
a New Mexico corporation,

    Defendants.

### ORDER EXTENDING PAGE LIMIT FOR RESPONSE TO DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Extend Page Limit for Response to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. 73]. The Court, having considered the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs are permitted to file their Response to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint, which shall not exceed twenty-seven (27) pages of briefing.

                                                               _____
                                                               Martha Vázquez
                                                               Senior United States District Judge