IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA )
HEALTH, INC., and JACOB R. )
CANDELARIA, MATIAS TRUJILLO, as )
father and guardian of MT, a minor, ERICA )
ROWLAND, and ARIEL McDOUGAL, on )
behalf of themselves and all others similarly )
situated, )
                                        Plaintiffs, )   Civil Action No.: 1:22-cv-00546-MV-LF
   v. )
BLUE CROSS AND BLUE SHIELD OF NEW )
MEXICO, PRESBYTERIAN HEALTH PLAN, )
INC., and WESTERN SKY COMMUNITY )
CARE, INC., )
                                       Defendants. )

## NOTICE OF COMPLETION OF BRIEFING

Defendants Blue Cross and Blue Shield of New Mexico, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("BCBSNM"), Presbyterian Health Plan, Inc. ("PHP"), and Western Sky Community Care, Inc. ("Western Sky"), hereby provide the Court notice of the completion of briefing related to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint ("Defendants' Motion").

The following have been filed or are related documents to the Defendants' Motion:

1.    Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint, Document Number 69, filed on April 29, 2024;

2.    Exhibit A to Defendants' Combined Motion to Dismiss Plaintiffs' First Amended Complaint, Document Number 69-1, filed on April 29, 2024;

1

3.  Plaintiffs' Response to Defendants' Motion to Dismiss, Document Number 74, filed on May 31, 2024;

4.  Exhibits 1-3 to Plaintiffs' Response to Defendants' Motion to Dismiss, Document Numbers 74-1 to 74-3; and

5.  Defendants' Combined Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint, Document Number 76, filed on June 14, 2024.

Thus, briefing on Defendants' Motion is complete, and this matter is ready for consideration and decision by this Court.

Dated:  June 14, 2024.

Respectfully Submitted,

*/s/ Alex G. Elborn*
Alex G. Elborn
Wade L. Jackson
SUTIN, THAYER & BROWNE, APC
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
(505) 883-2500
age@sutinfirm.com
wlj@sutinfirm.com

Martin J. Bishop (*pro hac vice*)
Jason T. Mayer (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
T: (312) 207-1000
mbishop@reedsmith.com
jmayer@reedsmith.com

*Attorneys for Defendant Blue Cross and Blue Shield of New Mexico, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company*

*/s/ Linda M. Vanzi*
Linda M. Vanzi

Melanie B. Stambaugh
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
T: (505) 765-5900
lvanzi@rodey.com
mstambaugh@rodey.com

*Attorneys for Defendant Presbyterian Health Plan, Inc.*


*/s/ Alfred A. Park*
Alfred A. Park
PARK & ASSOCIATES, LLC
3840 Masthead St. NE
Albuquerque, NM 87109
T: (505) 246-2805
apark@parklawnm.com

Christopher Smith (*pro hac vice*)
Melissa Z. Baris (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
T: (314) 480-1500
Chris.Smith@huschblackwell.com
Melissa.Baris@huschblackwell.com

*Attorneys for Defendant Western Sky Community Care, Inc.*


**CERTIFICATE OF SERVICE**

I, Alex G. Elborn , HEREBY CERTIFY that on June 14, 2024, the foregoing document was electronically filed through the District of New Mexico's CM/ECF system, which caused all counsel of record to be served by electronic means.


SUTIN, THAYER & BROWNE, APC

By: */s/ Alex G. Elborn*