## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

NEW MEXICO TOP ORGANICS—ULTRA HEALTH, INC.,
JACOB R. CANDELARIA,
MATIAS TRUJILLO,
ERICA ROWLAND, AND
ARIEL McDOUGAL,
on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.                                                                                          No. 22-CV-546 MV/LF

BLUE CROSS AND BLUE SHIERLD OF NEW MEXICO,
PRESBYTERIAN HEALTH PLAN, INC., AND
WESTERN SKY COMMUNITY CARE, INC.,

      Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order filed contemporaneously herewith granting Defendant's Combined Motion to Dismiss Plaintiffs' First Amended Complaint, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED with prejudice**.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE